IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOANNA MARTINEZ,

    Plaintiff,

vs.                              USDC 16-CV-01038 RB-LF

PROGRESSIVE DIRECT INSURANCE
COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER came before the Court upon the stipulation of the parties, evidenced by signature of counsel below, that all issues and claims between them have been resolved and that upon full payment of the settlement, the parties will execute all necessary liability releases. The Court, being fully advised in the premises, finds that this cause should be dismissed with prejudice. It is therefore ORDERED that the above-entitled cause is dismissed with prejudice. The parties shall bear their own court costs and attorneys' fees.

_____
HON. ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

HATCHER LAW GROUP, P.A.

BY:   */s/ Scott P. Hatcher*
      Scott P. Hatcher, Esq.
      150 Washington Avenue, Suite 204
      Santa Fe, NM  87501

    (505) 983-6525
    Attorney for Defendant


KEVIN A. ZANGARA, P.A.


BY:  *08/01/2017 Approve by email*
    Kevin Zangara, Esq.
    P. O. Box 1359
    Taos, NM 87571
    (5750 758-2919
    Attorney for Plaintiff